# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION-FLINT

IN RE: DONALD B. PRIEST

                          CHAPTER 13
                          CASE NUMBER: 15-32179-dof
                          JUDGE: Daniel S. Opperman

Debtor(s)

_____/

## AMENDED
### ORDER CONFIRMING PLAN AND LIFTING STAY AS TO PNC BANK AND SECOND MORTGAGE ON DEBTOR'S RESIDENCE AT 5601 PINERIDGE LANE, BRIGHTON, MI 48116

     The Debtor's Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. §1325(a) are met.
     Therefore, IT IS HEREBY ORDERED that the Debtor's Chapter 13 plan, as last modified, if at all, is confirmed.
     IT IS FURTHER ORDERED that the claim of **Dickron Bohikian** attorney for the Debtor, for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $**3,500.00** in fees and **$0.00** in expenses, and that the portion of such claim which has not already been paid, to-wit: $**2,510.00** shall be paid by the Trustee as an administrative expense of this case.
     IT IS FURTHER ORDERED that the Debtor shall maintain all policies of insurance on all property of the Debtor and this estate as required by law and contract.
     All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.
     IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

[X] The automatic stay is hereby lifted as to PNC Bank and the Second Mortgage against Debtor's residence at 5601 Pineridge Lane, Brighton, MI 48116. The Debtor shall continue making direct payments on this debt during the Chapter 13 Plan.
.

**Signed on December 08, 2015**

                                                                               **/s/ Daniel S. Opperman**
                                                                                **Daniel S. Opperman**
                                                                                **United States Bankruptcy Judge**