Fill in this information to identify the case:

Debtor 1     Donald B. Priest

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:     Eastern District of Michigan
                                                                    (State)

Case number     15-32179

## Official Form 410S1

# Notice of Mortgage Payment Change     12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.**

**Name of creditor:** Ditech Financial LLC

**Court claim no.** (if known): _____ 1

**Last 4 digits** of any number you use to identify the debtor's account:     2  2  0  2

**Date of payment change:**
Must be at least 21 days after date of this notice     6/1/2018

**New total payment:** $ 1,515.91
Principal, interest, and escrow, if any

---

**Part 1:     Escrow Account Payment Adjustment**

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 425.32          New escrow payment:     $ 387.87

---

**Part 2:     Mortgage Payment Adjustment**

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %          New interest rate: _____ %

   Current principal and interest payment: $ _____          New principal and interest payment: $ _____

---

**Part 3:     Other Payment Change**

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment: $ _____          New mortgage payment: $ _____

---

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ _____      Date 4/25/2016
  Signature

Trott # 293103B04

Print: **Heather Burnard, Attorney (P66321)**
       First Name    Middle Name    Last Name

Title <u>Attorney for Ditech Financial LLC</u>

Company <u>Trott Law, P.C.</u>

Address <u>31440 Northwestern Hwy Ste. 145</u>
      Number     Street

<u>Farmington Hills, MI  48334-5422</u>
City          State    ZIP Code

Contact phone <u>248.642.2515</u>

Email <u>EasternECF@trottlaw.com</u>



**ditech**® PO Box 6172
Rapid City , SD 57709-6172

**Annual Escrow Account
Disclosure Statement**

**Statement Date:** 04/13/2018
**Your Loan Account Number:** ▆▆▆▆▆▆

**Questions?**

DONALD B PRIEST
KRISTA K PRIEST
5601 PINERIDGE LN
BRIGHTON MI 48116-7407

View your detailed, up-to-date escrow transactions
online at myaccount.ditech.com

Call Customer Service at **1-800-643-0202**
Mon. – Fri. 7 am to 8 pm CST
Sat. 7 am to 1 pm CST

## SECTION 1  WHY AM I RECEIVING THIS STATEMENT?

We review your escrow account every year to ensure it is properly funded, based on your upcoming taxes and/or insurance premiums.  This statement provides details of any changes in your escrow account and resulting changes to your mortgage payment.

Our review shows your escrow account has an escrow **surplus of $1,358.15**. You have a surplus because you have more funds than needed to cover your minimum escrow balance.  See Section 4 for details. You will receive a separate check for this surplus amount, as long as your account is current. If your account is past due, the surplus funds remain in your escrow account.

**Effective June 01, 2018, your monthly mortgage payment will be $1,515.91.**

## SECTION 2  WHY ARE MY PAYMENTS CHANGING?

Changes to monthly escrow amounts are common. They're often caused by a change in your taxes and/or insurance premiums. So even if you have a surplus in your account, your monthly escrow payment could increase. This table shows how your escrow and mortgage payments are changing.

|  | Current Payment | Changes | New Payment |
|---|---|---|---|
| Due Date | 04/01/2017 |  | 06/01/2018 |
| Principal and Interest | $1,128.04 |  | $1,128.04 |
| Escrow Payment | $425.32 | ↓ $37.45 | $387.87 |
| **TOTAL** | **$1,553.36** | **↓ $37.45** | **$1,515.91** |

We use anticipated payments from your escrow account to determine your monthly escrow payment:

Combined Property Insurance $1,396.00
Combined Taxes $3,258.42
**TOTAL OUTGOING PAYMENTS** $4,654.42  + 12 months = **$387.87 Monthly Escrow**

## SECTION 3  WHAT DO I NEED TO DO?

- As long as you are current on your mortgage payments, your escrow surplus check will be mailed to you separately.
- **If applicable, please watch for this separate check in the mail.**

- If you use automatic bill pay, please contact your bank to adjust your mortgage payment amount, due June 01, 2018.

Every year, we analyze what you'll need to pay in taxes and/or insurance premiums. We then calculate the amount you'll likely need in escrow to pay these bills. To determine if you have enough funds in your escrow account, we use this formula:

| | | |
|---|---|---|
| Lowest Projected Balance | $2,133.89 | (in gray below) |
| - Minimum Escrow Balance | $775.74 | (in gray below) |
| **Surplus Amount** | **$1,358.15** | |

Your escrow account has a minimum balance, as allowed by federal laws, state laws, or your mortgage contract. Your minimum balance includes up to two months of escrow payments to cover increases to your property taxes and/or homeowners insurance. Your minimum escrow balance is $775.74.

This table shows expected payments in and out of your account over the next 12 months:

| Date | What We Expect You to Pay to Escrow | What We Expect to Pay Out | Payment Description | Expected Balance | Balance Needed in Your Account |
|---|---|---|---|---|---|
| Beginning Balance | | | | $3,297.48 | $1,939.33 |
| 06/18 | $387.87 | | | $3,685.35 | $2,327.20 |
| 07/18 | $387.87 | | | $4,073.22 | $2,715.07 |
| 08/18 | $387.87 | $1,676.23 | CITY/TOWN PA | $2,784.86 | $1,426.71 |
| 09/18 | $387.87 | | | $3,172.73 | $1,814.58 |
| 10/18 | $387.87 | | | $3,560.60 | $2,202.45 |
| 11/18 | $387.87 | | | $3,948.47 | $2,590.32 |
| 12/18 | $387.87 | $1,582.19 | CITY/TOWN PA | $2,754.15 | $1,396.00 |
| 01/19 | $387.87 | | | $3,142.02 | $1,783.87 |
| 02/19 | $387.87 | $1,396.00 | HAZARD INS | $2,133.89 | $775.74 |
| 03/19 | $387.87 | | | $2,521.76 | $1,163.61 |
| 04/19 | $387.87 | | | $2,909.63 | $1,551.48 |
| 05/19 | $387.87 | | | $3,297.50 | $1,939.35 |
| Ending Balance | | | | $3,297.50 | $1,939.35 |
| TOTAL | $4,654.44 | $4,654.42 | | | |

In this table, you can see payments you made into your escrow account and outgoing payments we made from your escrow account. If we projected to pay out a significantly different amount, you'll see the difference noted in gray. These differences may impact whether you have enough funds in your escrow account.

| Date | What You Actually Paid to Escrow | What We Expected You to Pay to Escrow | What We Actually Paid Out | What We Expected to Pay Out | Payment Description | Actual Balance | Expected Balance from Last Review |
|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | -$3,827.98 | $2,224.46 |
| 06/17 | $935.18 | $444.89 | | | | -$2,892.80 | $2,669.35 |
| 07/17 | $935.18 | $444.89 | | | | -$1,957.62 | $3,114.24 |
| 08/17 | $935.18 | $444.89 | $1,676.23 | $1,667.42 | CITY/TOWN PA | -$2,698.67 | $1,891.71 |
| 09/17 | $467.59 | $444.89 | | | | -$2,231.08 | $2,336.60 |
| 10/17 | | $444.89 | | | | -$2,231.08 | $2,781.49 |
| 11/17 | | $444.89 | | | | -$2,231.08 | $3,226.38 |
| 12/17 | $1,276.31 | $444.89 | $1,582.19 | $1,747.27 | CITY/TOWN PA | -$2,536.96 | $1,924.00 |
| 01/18 | | $444.89 | $1,396.00 | | HAZARD INS | -$3,932.96 | $2,368.89 |
| 02/18 | | $444.89 | | $1,924.00 | HAZARD INS | -$3,932.96 | $889.78 |
| 03/18 | $1,275.96 | $444.89 | | | | -$2,657.00 | $1,334.67 |
| 04/18 | $5,529.16 E | $444.89 | | | | $2,872.16 | $1,779.56 |
| 05/18 | $425.32 E | $444.89 | | | | $3,297.48 | $2,224.45 |
| Ending Balance | | | | | | $3,297.48 | $2,224.45 |
| TOTAL | $11,779.88 | $5,338.68 | $4,654.42 | $5,338.69 | | | |

E = estimated future payment

**To the extent that you currently are protected by the automatic stay or have received a discharge from personal liability under the Bankruptcy Code, this Annual Escrow Account Disclosure Statement is for informational and/or compliance purposes only and is not a demand for payment from you personally or an attempt to impose personal liability. However, we retain the ability to enforce our lien on the property securing our loan, subject to applicable provisions of the Bankruptcy Code and other applicable law.**