UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – FLINT

IN RE: DONALD B. PRIEST

Case No. 15-32179-dof
Hon. Daniel S. Opperman
Chapter 13

Debtor(s).

5601 Pineridge Lane
Brighton, MI 48116
xxx-xx-6949

_____/

## Proposed Chapter 13 Plan Modification Post-Confirmation

Debtor(s) propose to modify their Chapter 13 Plan pursuant to LBR 3015-2(b) as follows:

- Excuse Plan Payments in the amount of $11,500.00 due to the Debtor being off work. Reduce dividend to Class 9 general Unsecured Creditors to 0% to allow timely completion of the Plan. (see attached Plan Calculation and liquidation    n analysis and worksheet)

The following is the effect of this modification on the following classes:

Class One: Modification will allow for full payment of this class.
Class Two: Modification will allow for full payment to this class.
Class Three: Modification will not affect payment of this class
Class Four: Modification will allow for full payment to this class.
Class Five: Modification will allow for full payment to this class.
Class Six: N/A
Class Seven: N/A
Class Eight: N/A
Class Nine: Modification will result in the same estimated dividend as the original Confirmed Plan.

(See attached liquidation analysis, worksheet and plan calculation)

Dated: January 3, 2019

/s/ Dickron Bohikian
Dickron Bohikian (P46210)
Bohikian Law Group PLLC
748 W. Grand River Ave.
Brighton, MI 48116
(810) 494-7172
ecf@bohikianlaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE: DONALD B. PRIEST

Chapter 13
Case No. 15-32179-dof
Hon. Daniel S. Opperman

5601 Pineridge Lane
Brighton, MI 48116
xxx-xx-6949

_____/

## ORDER MODIFYING PLAN

This matter having come on for hearing on the filing of Debtor(s) Post-Confirmation Plan Modification, all parties having received notice, and no party having properly filed a response with the Court, and a certification of non-response having been filed, and the court being otherwise sufficiently advised in the premises, now therefore;

**IT IS HEREBY ORDERED** that the Chapter 13 Plan is modified as follows:
**(ONLY PROVISIONS CHECKED BELOW SHALL APPLY)**

☒ The Debtors obligation to remit $11,500.00 of Plan Payments is excused.
☒ The dividend to Class 9 General Unsecured Creditors is reduced to 0%.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

# ATTACHMENT 1

## LIQUIDATION ANALYSIS AND STATEMENT OF VALUE OF ENCUMBERED PROPERTY

| TYPE OF PROPERTY | FAIR MARKET VALUE | LIENS | DEBTOR'S SHARE OF EQUITY | EXEMPT AMOUNT | NON-EXEMPT AMOUNT |
|---|---|---|---|---|---|
| PERSONAL RESIDENCE | 310,000.00 | 284,698.00 | 25,302.00 | 0.00 | 25,302.00 |
| REAL ESTATE OTHER THAN PERSONAL RESIDENCE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| HHG/PERSONAL EFFECTS | 2,050.00 | 0.00 | 2,050.00 | 2,050.00 | 0.00 |
| JEWELRY | 50.00 | 0.00 | 50.00 | 50.00 | 0.00 |
| CASH/BANK ACCOUNTS | 809.00 | 0.00 | 809.00 | 809.00 | 0.00 |
| VEHICLES | 3,680.00 | 0.00 | 3,680.00 | 3,680.00 | 0.00 |
| OTHER (itemize) | 37,200.00 | 0.00 | 37,200.00 | 37,200.00 | 0.00 |

Amount available upon liquidation ............................................................. $ 25,302.00

Less administrative expenses and costs ..................................................... $ 28,510.20

Less priority claims .................................................................................... $ 0.00

Amount Available in Chapter 7 .................................................................. $ 0.00

CHAPTER 13 MODEL WORKSHEET
LOCAL BANKRUPTCY RULE 3015-1(B)(2 E.D.M.)

1. Length of Plan is **60** months

2. Initial Plan Payment:
   **$2,300.00** per month x **60** months = **$138,000.00** (subtotal)

3. Additional Payments:  $ _____ per=

4. Lump Sums: $0.00

5. Total to be paid into Plan (total of lines 2 through 4) $0.00

6. Estimated Disbursements other than to Class 9 General Unsecured Creditors

    a. Estimated trustee's fees — $0.00

    b. Estimated Attorney Fees and costs through confirmation of plan — $0.00

    c. Estimated Attorney Fees and costs Post-confirmation through duration of Plan — $0.00

    d. Estimated Fees of Other Professionals — $0.00

    e. Total mortgage and other continuing secured debt payments — $0.00

    f. Total non-continuing secured debt payments (including interest) — $0.00

    g. Total priority claims — $0.00

    h. Total arrearage claims — $0.00

7. Total Disbursements other than to Class 9 General Unsecured Creditors (Total of lines 6.a through 6.h) — $ 0.00

8. Funds *estimated* to be available for Class 9 General Unsecured Creditors (item 5 minus item 7) — $ 0.00

9. Estimated dividend to Class 9 General Unsecured Creditors in Chapter 7 proceeding (see liquidation analysis on page 6) — $ 0.00

COMMENTS: **SEE ATTACHED PLAN CALCULATION**

BSS
Bankruptcy Software Specialists

**13Network**
Case Query

Dickron Bohikian

LogOut Now

Enter Case Number, Name, Social Security Number, or @1st. Address Line:

PROFILE | PARTIES | PAY SCHEDS | PAYEES | FINANCIALS | PLAN CALC 1 | MATTERS |

Recently Accessed Cases: 15-32179-DOF DONALD B. PRIEST

| 15-32179-DOF | DONALD B. PRIEST | | 5601 PINERIDGE LANE • • BRIGHTON • MI • 48116 | $2,300.00 MO / | Bar Date(s): | 1/4/2016 (has passed) 3/7/2016 (has passed) |
|---|---|---|---|---|---|---|
| | | | | | Confirmed: | 11/18/2015 |
| | Trustee: Carl L. Bekofske | | Attorney: BOHIKIAN LAW GROUP PLLC | | Case Status: | OPEN CASE |

37 Month(s) since Confirmation UP = $0.00 TPI = $76,000.00 TP1LR = $76,000.00 BOH = $6.06 BOH+FEES = $6.59 Base = $140,300.00

| Line | Name | Claimed Amount | Mortgage Due | Coll / Value | Interest Rate | Monthly Payment | To Be Paid | Mo |
|---|---|---|---|---|---|---|---|---|
| **ATTORNEY FEE** | | | | | | | | |
| 1 | BOHIKIAN LAW GROUP PLLC | $2,510.00 | | $2,500.00 | | | $2,500.00 | |
| **DEBTOR REFUND** | | | | | | | | |
| 2 | DONALD B. PRIEST | | | | | | | |
| **MONTHLY MORTGAGE PAYMENT** | | | | | | | | |
| 3 | BSI FINANCIAL SERVICES INC | | | | | $1,515.91 | $33,350.02 | |
| 4 | BSI FINANCIAL SERVICES INC | $4,818.28 | | $4,818.28 | | | $4,818.28 | |
| **MORTGAGE ARREARS** | | | | | | | | |
| 5 | BSI FINANCIAL SERVICES INC | $13,392.72 | $2,533.09 | | | | $2,533.09 | |
| **SECURED CREDITOR** | | | | | | | | |
| 6 | ROBERT MUSCH | $2,030.00 | $383.95 | | | | $383.95 | |
| 7 | GENOA TOWNSHIP | $321.00 | $138.02 | | 5.0000 | $6.58 | $144.73 | 21 |
| 8 | GENOA TOWNSHIP | $1.74 | $1.74 | | | | $1.74 | |
| 9 | MICHIGAN DEPARTMENT OF TREASURY/REVENUE/AG | $7,330.40 | $2,442.65 | | | $139.65 | $2,442.65 | 17 |
| **APPEARANCE/NOTICE ONLY** | | | | | | | | |
| 10 | FABRIZIO & BROOK PC | | | | | | | |
| 11 | CHASE | | | | | | | |
| 12 | HSBC BANK | | | | | | | |
| 13 | PINNACLE CREDIT SERVICES | | | | | | | |
| 14 | ATTORNEY GENERAL | | | | | | | |
| 15 | ASSISTANT ATTORNEY GENERAL | | | | | | | |
| | | Total Unsecured | Percent Allowed | | | | Amount Allowed | |
| 16 | All Unsecured Creditors | 5017.57 | 0 | | | | | |

Change Line # [0] [OK]
Restart

Trustee's % [8.1]
Lump Sum $ [0.00]
Delete Line [0] [OK]

Plan Terms [22] [Calc]  Unsecured % [0] [Calc]

Due to Creditors: $1,801.48  $50,244.24
In from Debtor: $2,300.00  $50,600.00

**Debtor 1 Pay Schedules**
| Who's Paying | Amount | Schedule | Upd | Calc |
|---|---|---|---|---|
| ACH/EFT 5th | $2,300.00 | MONTHLY | $ | ? |
| DONALD B. PRIES | $0.00 | WEEKLY | $ | ? |

**Debtor 2 Pay Schedules**
| Who's Paying | Amount | Schedule | Upd | Calc |
|---|---|---|---|---|
| DEBTOR | $0.00 | WEEKLY | $ | ? |

Your Chapter 13 Information Management System

Carl Bekofske - Flint, MI

2004 BSS LLC

15-32179-dof    Doc 87    Filed 01/03/19    Entered 01/03/19 17:23:51    Page 5 of 6

IN RE: DONALD B. PRIEST

              Debtor.

Case No. 15-32179-dof
Chapter 13
Judge Daniel S. Opperman

_____/

## Notice of Deadline to Object to Proposed Chapter 13 Plan Modification

The deadline to file an objection to the attached proposed chapter 13 plan modification is 21 days after service.

If no timely responses are filed to a proposed post-confirmation plan modification, the proponent may file a certificate of no response and request entry of an order approving the plan modification.

If a timely objection is filed, the Court will set the matter for hearing and give notice of the hearing to the debtor, the proponent of the plan modification, the trustee and any objecting parties. In that event, the plan modification will become effective when the Court enters an order overruling or resolving all objections.

Objections to the attached proposed chapter 13 plan modification shall be served on the following:

    Dickron Bohikian, Bohikian Law Group PLLC, 748 W. Grand River Ave., Brighton, MI 48116

    Car L. Bekofske, Chapter 13Trustee, 400 N. Saginaw St., Ste. 331, Flint MI 48502

Dated: January 3, 2019

/s/ Dickron Bohikian
Dickron Bohikian (P46210)
BOHIKIAN LAW GROUP PLLC
748 W. Grand River Ave.
Brighton, MI 48116
(810) 494-7172
ecf@bohikianlaw.com