UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

Donald B. Priest

Case No. 15-32179
Chapter 13
Hon. Daniel Opperman

Debtor.
_____/

## TRUSTEE'S OBJECTION TO DEBTOR'S POST-CONFIRMATION PLAN MODIFICATION

**NOW COMES** the Chapter 13 Standing Trustee, Carl L. Bekofske, and objects to Debtor's Post Confirmation Plan Modification and in support thereof states as follows:

1. The proposed post confirmation plan modification seeks to excuse missed plan payments in the amount of $11,500.00 (Currently $16,000.00); reduce unsecured dividend to 0%.

2. Trustee notes there is a Trustee's Motion to Dismiss for Failure to Remit Plan Payments pending. The last payment received was July 10, 2018. The Order Adjourning the Trustee's Motion to Dismiss was entered on January 8, 2019, after the filing of the instant plan modification. The Order requires that the Debtor post the sum of $2,300.00 on or before January 31, 2019 or the Trustee may submit an Affidavit of Default along with an Order of Dismissal to the Bankruptcy Court without further notice or hearing. Should the required plan payment not post timely, the Trustee will file the Affidavit of Default and submit and Order of Dismissal.

3. It is unclear from the Debtor's plan modification whether the Debtor is working and has the ability to fund the plan.

4. Trustee requires amended Schedules I and J along with a Third Party Wage Withholding Order.

5. Trustee requires three (3) recent plan payments.

6. Trustee requires a copy of the 2016 federal income tax return.

7. Trustee requires a copy of the Debtor's 2018 W-2 for determination as to whether the Trustee will oppose the request to excuse $11,500.00 in plan payments and the request to reduce the dividend to 0%.

**WHEREFORE**, the Chapter 13 Standing Trustee requests that this Honorable Court deny the plan modification, and grant any further and other relief as this Court deems equitable and just.

Dated:  January 24, 2019                                    /s/ Carl L. Bekofske
                                                            Carl L. Bekofske P10645
                                                            Chapter 13 Standing Trustee
                                                            400 N. Saginaw St. 331
                                                            Flint, MI 48502
                                                            (810) 238-4675
                                                            ecf@flint13.com

IN RE:

                         Case No. 15-32179
  Donald B. Priest           Chapter 13
                         Hon. Daniel Opperman

      Debtor.
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2019, I electronically filed the Chapter 13 Trustee's Objection to Debtor's Post Confirmation Plan Modification with the Clerk of the Court using ECF system; which will send notification to the following:

Bohikian Law Group, PLLC, Attorney for Debtor at db@bohikianlaw.com

The following parties were served via First Class Mail at the address below by depositing same in a United States Postal Box with the lawful amount of posting affixed thereto:

Donald B. Priest, 5601 Pineridge Lane, Brighton, MI 48116

                                        /s/ Sherry Beasinger
                                        Sherry Beasinger
                                        Office of Chapter 13 Standing Trustee
                                        400 N. Saginaw St. 331
                                        Flint, MI 48502
                                        (810) 238-4675
                                        ecf@flint13.com